UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | D O C K E T NO.: 5:14-cr-00057 |
| | ) | |
| v. | ) | <u>PETITION FOR WRIT OF HABEAS</u> |
| | ) | <u>CORPUS AD PROSEQUENDUM</u> |
| KENG LEE | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for KENG LEE, M/A, SID#NC0921976A, FBI#842266RB6, BOOKING#15221,SSN#2562, DOB 02/21/1985, who is presently detained in the Burke County Jail, for his appearance before the Court in the Western District of North Carolina in connection with a Bill of Indictment in the above district against said defendant.

Movant further prays that said Writ direct that immediately after the above case shall have been disposed of that the said KENG LEE will be returned to the custody of the Chief Jailer, Burke County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this <u>18th</u> day of September, 2014.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

**//s//ELIZABETH GREENE**
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704-344-6222
Fax: 704-344-6629
E-mail: elizabeth.greene@usdoj.gov